UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PARKERVISION, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> MEDIATEK INC. and MEDIATEK USA INC., <br><br> *Defendants*. | Case No. 6:23-cv-00732-ADA <br><br> **JURY TRIAL DEMANDED** |

### CASE READINESS STATUS REPORT

Plaintiff ParkerVision, Inc. and Defendants MediaTek Inc. and MediaTek USA Inc. hereby provide the following status report.

### SCHEDULE

A scheduling order has not yet been filed.

### FILING AND EXTENSIONS

Plaintiff's Complaint was filed on October 27, 2023. There was one unopposed extension to MediaTek's deadline to respond to the complaint.

### RESPONSE TO THE COMPLAINT

Defendants filed an Answer and Counterclaims on February 12, 2024 (ECF No. 17). No counterclaims were filed other than counterclaims for non-infringement or invalidity.

### PENDING MOTIONS

There are no pending motions.

1

### RELATED CASES IN THIS JUDICIAL DISTRICT

There are no CRSR Related Cases, nor any other pending cases in this District where a common patent is asserted.

### IPR, CBM, AND OTHER PGR FILINGS

MediaTek filed an IPR petition in IPR2025-00030 on October 14, 2024, challenging the validity of all claims of asserted U.S. Patent No. 8,498,593 (claims 1-20). The IPR was provided a filing date on October 30, 2024, and an institution decision is expected on or before April 30, 2025. A Final Written Decision is expected on or before April 30, 2026.

### NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted three patents and at least three (3) claims (one from each asserted patent). The asserted patent(s) are U.S. Patent Nos. 7,050,508; 7,929,638; and 8,498,593.

### APPOINTMENT OF TECHNICAL ADVISOR

The parties are unopposed to the appointment of a technical advisor to assist the Court with claim construction or other technical issues.

### MEET AND CONFER STATUS

Plaintiff and Defendant met and conferred. The parties have no pre-*Markman* issues to raise at a CMC hearing.

| | |
|---|---|
| Dated: November 21, 2024 | Respectfully Submitted |

*/s/ Jason S. Charkow (with permission)*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

Ronald M. Daignault*
Chandran B. Iyer
Jason S. Charkow*
Scott R. Samay*
Stephanie R. Mandir
**DAIGNAULT IYER LLP**
rdaignault@daignaultiyer.com
cbiyer@daignaultiyer.com
jcharkow@daignaultiyer.com
ssamay@daignaultiyer.com
smandir@daignaultiyer.com
8618 Westwood Center Drive, Suite 150
Vienna, Virginia 22182
*Not Admitted in Virginia

**ATTORNEYS FOR PLAINTIFF
PARKERVISION, INC.**

/s/ Kevin A. Zeck
Matthew C. Bernstein
(CA Bar No. 199240)
mbernstein@perkinscoie.com
Joseph P. Reid
(CA Bar No. 211082)
jreid@perkinscoie.com
Miguel J. Bombach
(CA Bar No 247287)
mbombach@perkinscoie.com
Kyle R. Canavera
(CA Bar No. 314664)
kcanavera@perkinscoie.com
Evan S. Day
(CA Bar No. 283896
eday@perkinscoie.com
Eric Maas
(CA Bar No. 345450)
emaas@perkinscoie.com
Abigail A. Gardner
(CA Bar No. 334598)
agardner@perkinscoie.com
Ji Wang
(CA Bar No. 345211)
jiwang@perkinscoie.com
Ashlee E. Sherman (Pro Hac Vice)
(CA Bar No. 348085)
asherman@perkinscoie.com
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
Tel. (858) 720.5700

Kevin A. Zeck
(WA Bar No. 41689)
kzeck@perkinscoie.com
1201 Third Ave, Suite 4900
Seattle, WA 98101
Tel. (206) 359.8000

**ATTORNEYS FOR DEFENDANTS AND COUNTERCLAIM PLAINTIFFS MEDIATEK INC. AND MEDIATEK USA INC.**