UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **PARKERVISION, INC.,**<br><br>Plaintiff<br><br>v.<br><br>**MEDIATEK INC. AND MEDIATEK USA INC.,**<br><br>Defendant | Case No. 6:23-cv-00732-ADA<br><br>**JURY TRIAL DEMANDED** |

**FIRST AMENDED CASE SCHEDULE**

| Item | Deadline |
|---|---|
| Parties exchange proposed claim constructions | March 24, 2025 |
| Parties disclose extrinsic evidence | March 31, 2025 |
| Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions | April 1, 2025 |
| MediaTek's opening claim construction brief | April 15, 2025 |
| ParkerVision's responsive claim construction brief | May 6, 2025 |
| MediaTek's reply claim construction brief | May 20, 2025 |
| Parties jointly email law clerks to confirm Markman hearing date | May 21, 2025 |
| ParkerVision's sur-reply claim construction brief | June 3, 2025 |
| Deadline to submit joint claim construction statement | June 6, 2025 |
| Deadline to submit tech tutorial | June 10, 2025 |
| Markman hearing | June 12, 2025 |
| Fact discovery opens | June 13, 2025 |
| Deadline to add parties | August 20, 2025 |

180576243.1

| Item | Deadline |
|---|---|
| Final Infringement and Invalidity Contentions | December 10, 2025 |
| Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references and prior art combinations at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerk to arrange a teleconference with the Court to resolve the disputed issues. | October 29, 2026 |
| Close of Fact Discovery | November 26, 2026 |
| Opening Expert Reports | December 3, 2026 |
| Rebuttal Expert Reports | January 7, 2027 |
| Close of Expert Discovery | January 28, 2027 |
| Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references prior art combinations at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall **file a Joint Report within 5 business days** regarding the results of the meet and confer. | February 4, 2027 |
| Dispositive motion deadline and *Daubert* motion deadline.<br>See General Issues Note #7 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). | February 11, 2027 |
| Parties to jointly email the Court's law clerk to confirm their pretrial conference and trial dates. | April 22, 2027 |
| Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). | February 25, 2027 |
| Serve objections to pretrial disclosures/rebuttal disclosures. | March 11, 2027 |
| Serve objections to rebuttal disclosures and File Motions *in limine*. | March 18, 2027 |

2

| Item | Deadline |
|---|---|
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. | March 25, 2027 |
| File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com.<br><br>Deadline to file replies to motions *in limine*. | April 1, 2027 |
| Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. | April 8, 2027 |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. | April 13, 2027 |
| **Final Pretrial Conference**. The Court expects to set this date at the conclusion of the *Markman* Hearing. | April 16, 2027 |
| **Jury Selection/Trial**. The Court expects to set this date at the conclusion of the *Markman* Hearing. | **April 19, 2027** |

**SIGNED** this 28th day of March, 2025.

_____
DEREK T. GILLILAND
UNITED STATED MAGISTRATE JUDGE